NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WESTERNGECO LLC,**
*Appellant*

v.

**ION GEOPHYSICAL CORPORATION, ION INTERNATIONAL S.A.R.L., PETROLEUM GEO-SERVICES, INC.,**
*Appellees*

---

2016-2099, -2100, -2101, -2332, -2333, -2334

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00687, IPR2014-00688, IPR2014-00689, IPR2014-01475, IPR2014-01477, IPR2014-01478, IPR2015-00565, IPR2015-00566, and IPR2015-00567.

---

**O R D E R**

The above-captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

Accordingly,

IT IS ORDERED THAT:

The above-captioned appeals are consolidated, and the revised official caption is reflected above. The certified lists in 16-2332, -2333, and -2334 are due no later than August 22, 2016. Appellant's opening brief is due within 60 days of the last-filed certified list.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31