NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WESTERNGECO LLC,**
*Appellant*

v.

**PETROLEUM GEO-SERVICES, INC., ION GEOPHYSICAL CORPORATION, ION INTERNATIONAL S.A.R.L.,**
*Appellees*

---

2016-2099, -2100, -2101

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00687, IPR2014-00688, IPR2014-00689, IPR2015-00565, IPR2015-00566, and IPR2015-00567.

-------------------------------------------------------------------------------

**WESTERNGECO LLC,**
*Appellant*

v.

**PETROLEUM GEO-SERVICES, INC.,**
*Appellee*

---

2016-2332, -2333, -2334

2     WESTERNGECO LLC v. PETROLEUM GEO-SERVICES, INC.

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01475, IPR2014-01477, and IPR2014-01478.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to modify the briefing schedule,

IT IS ORDERED THAT:

The motion is granted. The appellant's principal brief is due no later than November 21, 2016. The appellees' responsive briefs are due no later than February 2, 2017. The appellant's reply brief is due no later than February 23, 2017. The appendix is due no later than February 28, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31